IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

J.E.C.M., a minor, by and through his next friend Jose )
    Jimenez Saravia, et al., )
)
        Petitioners, )
) No. 1:18-cv-903 (LMB/MSN)
v. )
)
SCOTT LLOYD, Director, Office of Refugee )
    Resettlement, et al., )
)
        Respondents.

## ORDER

Before the Court is a Complaint and Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §§ 1331, 2201, 2241, 1361 seeking the release of a 13-year-old Honduran boy (J.E.C.M.) from the Northern Virginia Juvenile Detention Center, located in this district, to his brother-in-law Jose Jimenez Saravia. The juvenile is in custody as a result of the current detention policies implemented by the respondents.

Given J.E.C.M.'s young age and the length of time he has spent in custody, it is hereby

ORDERED that respondents SHOW CAUSE by Friday, July 27, 2018 why the habeas corpus petition should not be granted; and it is further

ORDERED that any reply to respondents' brief be filed by Tuesday, July 31, 2018; and it is further

ORDERED that the parties appear for a hearing on the habeas corpus petition at 9:30 a.m. on Thursday, August 2, 2018.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of July, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge