IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J.E.C.M., *et al.*, | ) |
| | ) |
|    Plaintiffs/Petitioners, | ) |
| | ) |
| v. | )    Case No. 1:18-cv-903 (LMB/MSN) |
| | ) |
| JONATHAN HAYES, Acting Director, Office of Refugee Resettlement, *et al.*, | ) |
| | ) |
|    Defendants/Respondents. | ) |

**ORDER**

Upon consideration of Defendants' partial motion to dismiss, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the individual claims of all Plaintiffs are DISMISSED AS MOOT.

DATE: March 19, 2019

/s/
Leonie M. Brinkema
United States District Judge