IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J.E.C.M., *et al.*, | ) |
| Plaintiffs/Petitioners, | ) Case No.: 1:18-cv-903 (LMB/MSN) |
| v. | ) |
| JONATHAN HAYES, *et al.*, | ) |
| Defendants/Respondents. | ) |

### ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Seal and Redact, and Local Rule 5, and having seen no opposition filed, it is hereby

ORDERED that Plaintiffs' Motion to Seal and Redact is GRANTED.

Before this Court may seal documents, it must "(1) provide public parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision and reject the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). In compliance with Local Civil Rule 5 and *Ashcraft*, Plaintiffs filed a public Notice of Filing of Plaintiffs' Motion to Seal and Redact, and the Court has posted this notice to the Court's public docket. A brief description of the content ("Proposed Sealed Documents"), Plaintiffs' motion, memorandum in support of their motion, and exhibits thereto, that Plaintiffs' move to redact and seal is as follows:

To Redact – Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment.

To Seal – the following exhibits to Plaintiffs Motion for Summary Judgment:

- 4: Expert Report of Adriana Galvan, Ph.D.
- 7: Excerpts from case file of A.M.A.A.
- 8: Excerpts from case file of M.M.S.P.
- 9: Excerpts from case file of A.A.G.R.
- 10: Declaration of Y.V.A.
- 12: First Operational Directive
- 14: Second Operational Directive
- 15: Third Operational Directive
- 16: Fourth Operational Directive
- 20: Excerpts of deposition of Natasha David
- 24: Excerpts from case file of E.C.G.
- 25: Excerpts from case file of J.D.E.P.
- 26: Excerpts from case file of K.T.M.
- 27: Class list as of May 20, 2019
- 29: Declaration of J.D.E.P.
- 30: Declaration of Lesvia Xiomara Perez
- 31: Length of Care Chart
- 32: Excerpts from case file of R.A.M.V.
- 33: Declaration of Juanita Camaja
- 35: Excerpts from case file of R.A.I.
- 37: K.J.M.O. Home study Report
- 38: J.G.F Home Study Report

UPON CONSIDERATION of Plaintiffs' Motion to Seal and Redact, Local Civil Rule 5, and having seen no opposition filed to Plaintiffs' Motion, the Court hereby

FINDS that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Further, it is hereby

ORDERED that the Proposed Sealed Documents shall be maintained under seal by the Clerk, until otherwise directed.

SO ORDERED this 17th day of September, 2019.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge