IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J.E.C.M., *et al.*, ) | |
| ) | |
| Plaintiffs/Petitioners, ) | Case No.: 1:18-cv-00903 (LMB/MSN) |
| ) | |
| v. ) | |
| ) | |
| JONATHAN HAYES, *et al.*, ) | |
| ) | |
| Defendants/Respondents. ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL OF MICHELLE LAPOINTE AS COUNSEL**

UPON CONSIDERATION of Plaintiffs' Motion for Withdrawal of Michelle Lapointe as Counsel, and Local Rule 83.1(G), and having seen no opposition filed, it is hereby

ORDERED that Plaintiffs' Motion to Withdraw is GRANTED. Thus, Michelle Lapointe is no longer counsel of record for plaintiffs in the above-styled action. Plaintiffs shall continue to be represented by the Southern Poverty Law Center and other Counsel of record.

SO ORDERED this 2nd day of April, 2020.

/s/
Leonie M. Brinkema
United States District Judge