IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J.E.C.M., a minor, by and through his next friend JOSE JIMENEZ SARAVIA, et al., ) ) ) | |
| Plaintiffs/Petitioners, ) ) | |
| v. ) | 1:18-cv-903 (LMB/MSN) |
| ) | |
| SCOTT LLOYD, Director, Office of Refugee Resettlement, et al., ) ) ) | |
| Defendants/Respondents. ) | |

## ORDER

For the reasons stated during a telephone conference held on the record with attorneys for all parties present, plaintiffs' Motion for a Temporary Restraining Order [Dkt. 295] is DENIED WITHOUT PREJUDICE, and it is hereby

ORDERED that the parties file a Status Report no later than May 15, 2020.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of May, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge