UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J.E.C.M., *et al.*,<br>　　　Plaintiffs/Petitioners,<br><br>　　v.<br><br>CINDY HUANG, Director,<br>Office of Refugee Resettlement, *et al.*,<br>　　　Defendants/Respondents. | )<br>)<br>)<br>)<br>)　Case No. 1:18-cv-903 (LMB/IDD)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the federal defendants' Consent Motion for an Enlargement of Time, and for good cause shown, it is hereby

ORDERED that the federal defendants' consent motion is GRANTED; and it is hereby further

ORDERED that, on or before May 19, 2022, the federal defendants shall file their supplemental memorandum concerning the recent decision in *Lucas R. v. Becerra*, No. 2:18cv5471 (C.D. Cal.).

Date: May 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Leonie M. Brinkema
　　　　　　　　　　　　　　　　　　　　United States District Judge

1