# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| J.E.C.M., a minor, by and through his next friend Jose Jimenez Saravia, et al<br><br>    v.    Plaintiffs/Petitioner<br><br>Robin Dunn Marcos, Director, Office of Refugee Resettlement, et al<br><br>    Defendants/Respondent | )<br>)<br>)<br>)<br>)   Civil Action No. 1:18-cv-00903-RDA-IDD<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

Pursuant to the Order of this Court entered on August 29, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants/respondents Robin Dunn Marcos, Steven Wagner, Alex Azar, Natasha David, Johnitha McNair, Gary Jones, and Timothy Showalter and against plaintiffs/petitioners Blanca Jeronimo Sis, Sandra Alvarado, Cinthia Velasquez Trail, J.E.C.M., Jose Jiminez Saravia, Byron Gustavo Sis Sis, R.A.I., K.T.M.

                                                    FERNANDO GALINDO, CLERK OF COURT

                                                    By:           /s/
                                                                    S. Brown
                                                                  Deputy Clerk

Dated: 8/29/2023
Alexandria, Virginia